# EXHIBIT 2



## SNOHOMISH REGIONAL FIRE & RESCUE

TO: All Healthcare Providers

FROM: Human Resources Director, Pamella Holtgeerts

SUBJ: Details regarding Proclamation 21-14 – COVID-19 Vaccine Mandate

DATE: Monday, August 30, 2021

Following the Governor's Mandatory Vaccination Proclamation 21-14, Snohomish Regional Fire and Rescue (SRFR) is legally required to comply with the policies, procedures, and timelines of proclamation. We acknowledge and understand the difficult situation/environment the Governor's Vaccine Proclamation has created for both employees and employers across the state.  All staff are engaged in a collaborative approach to work through the challenges the mandate has presented.  The HR Division is currently working with Health & Safety, Operations and Labor to work through the impacts and effects of this mandate.  We all share a unified desire to support Snohomish Regional Fire & Rescue employees as best we can while still complying with the requirements of Proclamation 21-14. We are working diligently and are committed to sharing information as it becomes available.  This mandate only applies to those SRFR employees who meet the State's definition of Healthcare Providers (**administrative employees and shop employees are not defined as healthcare providers and are not subject to the Governor's Mandate** – see definition of healthcare provider below for details).

Our goal is to support all employees through an open, collaborative approach to administer the Governor's Mandate. This memo provides some initial information for employees as we continue to work through the details of the recent mandate.  The Human Resources Division is committed to work supportively and collaboratively to ensure all healthcare provider employees have the opportunity to continue their employment within the legal guidelines of the proclamation.  Included below are resources for employees to assist in complying with the provisions of the mandate.  The resources include: requests for accommodation, recognized valid proof of vaccination, important dates to remember, the State's definition of a healthcare provider, etc.

### REQUESTS FOR ACCOMMODATION (DISABILITY OR SINCERELY HELD RELIGIOUS BELIEF)

All requests for accommodation are accepted regardless of the form used.  SRFR drafted sample **Request for Accommodation** forms for disability and sincerely held religious belief.  However, employees are also welcome to submit their own forms.  Once the accommodation request is received, *the Human Resources representative will reach out and begin an interactive process with the employee. Interactive processes will begin once the District's Resolution and Policy have been approved by the Board of Commissioners.*

### PROOF OF COVID-19 VACCINATION

Per the proclamation, the attestation forms collected earlier in the year are **not** a recognized proof of vaccination.  The following items are recognized as valid proof of COVID-19 vaccination:
- CDC COVID-19 Vaccination Record Card or photo of the card



- Documentation of vaccination from a health care provider or electronic health record
- State Immunization Information System record
- WA State Certificate of COVID-19 Vaccination from MyIRmobile.com

*The Human Resources Division is requesting employees submit their proof of vaccination and/or request for accommodation as soon as possible, but no later than Tuesday, October 5, 2021. This time frame will assist HR as they process all of the documentation and reach out to employees to engage in any necessary interactive communications. All details of requests or proof of vaccination are kept confidential in the employee's medical file. Any reasonable accommodation will be communicated to the supervising authority responsible for the healthcare provider, to ensure adherence to the provisions of the accommodation.*

## WAYS TO SUBMIT PROOF OF VACCINATION OR REQUEST FOR ACCOMMODATION:

| | |
|---|---|
| Email: | Scan approved form of verification and/or request for accommodation and email to HR@srfr.org (Email is distributed to HR Director Pamella Holtgeerts and HR Analyst Kendra Johnson) |
| In-person: | Administration Building (2nd floor) Please submit to HR staff (Pamella & Kendra) or front desk/Payroll/Benefits Specialist (Erick Ramirez). Scheduled appointments are preferred as administrative staff is still working from home on some days. |
| Text: | (425) 287-7411 wk. cell (Pamella Holtgeerts) |
| | (425) 599-5057 wk. cell (Kendra Johnson) |
| Fax: | (360) 794-0959 (Attn: Human Resources Division) |

## IMPORTANT DATES

| | |
|---|---|
| Thursday, September 2, 2021: | Anticipated SRFR Resolution & Policy Approval (Special Board Meeting) |
| Monday, September 6, 2021: | Last day to receive the 1st dose of Moderna[1] |
| Tuesday, September 7, 2021: | HR anticipates beginning interactive accommodation request processes |
| Monday, September 13, 2021: | Last day to receive the 1st does of Pfizer[1] |
| Monday, October 4, 2021: | Last day to receive the 1st dose of Johnson & Johnson or the 2nd dose of either Moderna or Pfizer[1] |
| Tuesday, October 5, 2021: | HR requested deadline for final day to turn in proof of vaccination or request an accommodation |
| Tuesday, October 19, 2021: | At 0800, all employees meeting the mandate's definition of healthcare provider must comply with the proclamation and be fully vaccinated **OR** have an approved accommodation documented through the Human Resources Division. Employees who remain unvaccinated **AND** do not have an approved accommodation will be subject to immediate non-disciplinary dismissal[2] |



¹Vaccine dates reflect the deadlines necessary to meet the full vaccination status (two weeks post last vaccination) on or before October 18, 2021.
²And/or other provisions as agreed to through impact/effects bargaining between IAFF Local 2781 and SRFR.

## HEALTHCARE PROVIDERS DEFINED

1) Individuals with credentials listed in the Healthcare Professional Credentialing Requirement list (including EMTs and paramedics);
2) Individuals who are permitted by law to provide health care services in a professional capacity without holding a credential;
3) Long-term care workers;
4) Workers in any setting that is primarily used for the delivery of in-person health care services to people, including mobile clinics or other vehicles where health care is delivered

## RESOURCES:

SRFR Intranet Website – under Human Resources/HR Forms/COVID-19 Vaccine Mandate
FAQs
Recognized forms of Valid Proof of COVID-19 Vaccination
Proclamation 21-14

We thank you for your patience and cooperation as we work through this challenging time. Please feel free to reach out to HR for any questions you may have.