The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PETERSON, BEAU WATSON, JAY STICKNEY, EVAN MERRITT, NORM ALAN PETERSON II, RILEY KORF, RYAN STUPEY, KEVIN GLEASON,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH REGIONAL FIRE AND RESCUE, CHIEF KEVIN O'BRIEN, Does 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-01674-TSZ<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants Snohomish Regional Fire and Rescue and Chief Kevin O'Brien in the above-entitled action, without waiving objections to lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process. You are hereby requested to serve all further paper and proceedings in said cause, except original process, upon said attorney at their address stated below.

//

//

//

NOTICE OF APPEARANCE - 1
CASE NO. 2:22-cv-01674-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    DATED this 12th day of December, 2022.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC
Attorneys for Snohomish Regional Fire &
Rescue and Chief Kevin O'Brien

By *s/ Shannon E. Phillips*
  Shannon E. Phillips, WSBA #25631
  *shannonp@summitlaw.com*

NOTICE OF APPEARANCE - 2
CASE NO. **2**:22-cv-01674-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Tracy Tribbett
>Pacific Justice Institute
>6404 Three Rivers Drive
>Pasco, WA 99301
>*ttribbett@pji.org*

DATED this 12th day of December, 2022.

>*s/ Kimberly Welsh*
>Kimberly Welsh, Legal Assistant
>*kimw@summitlaw.com*

NOTICE OF APPEARANCE - 3
CASE NO. **2**:22-cv-01674-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001