1
2
3
4

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PETERSON et. al., | |
| Plaintiff, | |
| v. | 22-1674 TSZ |
| SNOHOMISH FIRE AND RESCUE et. al., | ORDER |
| Defendant. | |

THIS MATTER comes before the Court on the joint stipulation and motion to dismiss all claims against Defendant Kevin O'Brien, docket no. 14. Having reviewed all papers filed in support of, and in opposition to, the motion, the Court GRANTS the stipulated motion, and all claims against Defendant O'Brien are DISMISSED with prejudice.

For the foregoing reasons, the Court ORDERS:

(1) All claims against Defendant Kevin O'Brien are DISMISSED with prejudice.

(2) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

ORDER - 1

Dated this 21st day of March, 2023.

*Thomas S. Zilly*

———————————————
Thomas S. Zilly
United States District Judge

ORDER - 2