UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PETERSON et. al.,

  Plaintiff,

  v.

SNOHOMISH FIRE AND RESCUE et. al.,

  Defendant.

C22-1674 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated protective order, docket no.20, asks to exempt the parties from certain obligations under Fed. R. Evid. 502. That language is STRICKEN. The parties' stipulated protective order is otherwise APPROVED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1