# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PETERSEN et. al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SNOHOMISH REGIONAL FIRE AND RESCUE et. al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-1674 TSZ |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The parties' stipulation and motion to dismiss all claims against Defendant Kevin O'Brien having been granted, see Order (docket no. 15), and Defendant Snohomish Regional Fire and Rescue's ("Snohomish Fire") motion for summary judgment, docket no. 23, having been granted as to Plaintiffs' Title VII claim and WLAD claim against Defendants Snohomish Fire and Does 1–10, see Order (docket no. 55), and Plaintiffs' motion for partial summary judgment, docket no. 27, having been denied, see Order (docket no. 55), judgment is hereby ENTERED in favor of Defendants and against Plaintiffs.

Dated this 25th day of January, 2024.

              Ravi Subramanian
              Clerk

              s/Laurie Cuaresma
              Deputy Clerk